**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OKSANA KIRITCHENKO,<br><br>  Applicant,<br><br>  v.<br><br>CITICORP NORTH AMERICA, INC., ET AL.,<br><br>  Respondents. | Case No. 2:23-MC-00137-WLH-AJR<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Application filed March 16, 2024, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing objections to the Report and Recommendation has passed and no objection has been received. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that the Second Application filed March 16, 2024, is GRANTED.

IT IS FURTHER ORDERED the issuance and service of the Proposed Subpoenas

1   – Set 2 (Dkt. 18 at 3-22) is AUTHORIZED, pursuant to the conditions detailed in the
2   Report and Recommendation (Dkt. 20 at 11).
3
4   DATED: 6/18/2024
5
6                                                                HON. WESLEY L. HSU
                                                                 UNITED STATES DISTRICT JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2