JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

OKSANA KIRITCHENKO,

           Applicant,

    v.

CITICORP NORTH AMERICA, INC., ET AL.,

           Respondents.

Case No. 2:23-MC-00137-WLH-AJR

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that all of the relief requested in this action has been granted and therefore this action shall be closed.  If further relief is requested from the Applicant or any of the Respondents, the action can be reopened at that time.

DATED:  6/18/2024

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE